AO 106 (Rev. 04/10) Application for a Search Warrant    TA/EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Information, including the content, associated with the Google email addresses listed in Attachment A and collectively referred to as SUBJECT ACCOUNTS, that are stored at the premises controlled by Google, Inc.

Case No. 2:24-mj-292

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the  Northern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252 and 2252A | Distirbution, receipt, and/or possession of child pornography |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN BY REFERENCE

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI TFO Amanda North
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/3/2024

City and state: Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>2:25-mj-00292 | Date and time warrant executed:<br>06/03/2024 9:36 am | Copy of warrant and inventory left with:<br>Google LLC |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Electronic data pertaining to the below accounts:

a. Nickolastravis92@gmail.com;
b. Bigwiz6542@gmail.com;
c. Buddylee6542@gmail.com;
d. Wisdomodafi@gmail.com;
e. odafiwisdom@gmail.com;
f. wezykelvin@gmail.com;
g. Wicixllc@gmail.com;
h. andersonezehh@gmail.com;
i. kewizzchannel@gmail.com;
j. Jarianlorenzo@gmail.com

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/18/2025

Amanda North
*Executing officer's signature*

Amanda R. North
*Printed name and title*